**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHINAGOROM JESSE UWAEGBULEM,**<br><br>**Defendant.** | **CRIMINAL CASE NO. 26-**<br><br>**VIOLATION:**<br>**42 U.S.C. § 408(a)(7)(B)**<br>**(False Representation of Social Security Number)** |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
**(False Representation of Social Security Number)**

On or about May 28, 2025, in the District of Columbia, Chinagorom Jesse Uwaegbulem, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him in an apartment application submitted to "Apartment Complex Six" when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**(False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B))**

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

Dated: 10/1/2026

By: ______________________

Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov